**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1785**

In re:  RAYMOND C. MARSHALL,

Petitioner.

On Petition for Writ of Mandamus.  (1:18-cv-00506-NCT-JEP)

Submitted:  October 26, 2018                    Decided:  November 5, 2018

Before WILKINSON, KING, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Raymond C. Marshall, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond C. Marshall petitions for a writ of mandamus, alleging that the District Court for the Eastern District of North Carolina has unduly delayed in transferring his 28 U.S.C. § 2254 (2012) petition to the Middle District of North Carolina. He seeks an order from this court directing the District Court for the Eastern District of North Carolina to act. Our review of both courts' dockets reveals that the transfer of Marshall's § 2254 petition was completed on June 15, 2018, and that the Middle District subsequently dismissed his petition without prejudice. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*